IRVING TRUST COMPANY, as Trustee in Bankruptcy of MORRIS ROBINSON, Bankrupt, Respondent, v. REBECCA ROBINSON, Appellant.— In an action by plaintiff for a decree adjudging it to be vested with title to certain real property and compelling a conveyance thereof to it by the defendant, judgment unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of MARY FELIX and Another, Appellants, for Permission to Sue CLARENCE R. BLOOMFIELD, as Receiver of PIETRO BUTTAFUOCO, Receiver-Respondent. PEEKSKILL SAVINGS BANK, Plaintiff, v. PIETRO BUTTAFUOCO, and Others, Defendants.— Order denying motion for leave to sue receiver of rents affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.

ORIE R. KELLY and Others, Trustees of the Rights of the Holders of Mortgage Investments under a Plan of Readjustment and Reorganization Pursuant to the Provisions of Section 6, Chapter 745 of the Laws of 1933, as Amended, Respondents, v. ARTHUR W. LAWRENCE, Appellant, and IRROSE REALTY CORPORATION, Defendant.— Order denying appellant's motion to dismiss the amended complaint, under rule 106 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.